**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Miriam Aguilar, | NO. C 06-02160 JW |
|       Plaintiff, | **ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| CTB McGraw-Hill, LLC, et al., | |
|       Defendants. | |

    Please take note that on the Court's own motion, the hearing on Defendant's Motion to Dismiss presently scheduled for June 5, 2006 is now rescheduled to **Friday, June 9, 2006 at 9a.m.**

Dated: May 15, 2006

                                                       JAMES WARE
                                                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Bernhard Carlson acarlson@littler.com
Douglas R. Clifford dclifford@paulplevin.com
E. Joseph Connaughton jconnaughton@paulplevin.com
Robert J. Wilger rwilger@littler.com
S. Gary Varga Vargalaw@mbay.net

Dated:   May 15, 2006                              Richard W. Wieking, Clerk

                                                   By:  /s/ JW Chambers
                                                        Melissa Peralta
                                                        Courtroom Deputy