IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Miriam Aguilar, | NO. C 06-02160 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CTB McGraw-Hill, LLC, et al., | |
| Defendants. | |

Please take note that on the Court's own motion, the case management conference presently scheduled for September 11, 2006 is continued to **October 16, 2006 at 10 a.m.**

Dated: September 5, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Bernhard Carlson acarlson@littler.com
Douglas R. Clifford dclifford@paulplevin.com
E. Joseph Connaughton jconnaughton@paulplevin.com
Robert J. Wilger rwilger@littler.com
S. Gary Varga Vargalaw@mbay.net

**Dated: September 5, 2006**                               **Richard W. Wieking, Clerk**

                                                           **By:  /s/ JW Chambers**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California