IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Miriam Aguilar, | NO. C 06-02160 JW |
|       Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| CTB McGraw-Hill, LLC, et al., | |
|       Defendants. | |

Please take note that the case management conference presently scheduled for October 16, 2006 is continued to **November 6, 2006 at 10 A.M.** The parties need not file a joint case management statement.

Dated: October 10, 2006

                                                    JAMES WARE
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Bernhard Carlson acarlson@littler.com
Douglas R. Clifford dclifford@paulplevin.com
E. Joseph Connaughton jconnaughton@paulplevin.com
Robert J. Wilger rwilger@littler.com
S. Gary Varga Vargalaw@mbay.net

**Dated:   October 10, 2006**                          **Richard W. Wieking, Clerk**

                                                       **By:  /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California