IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Miriam Aguilar, | NO. C 06-02160 JW |
|       Plaintiff,<br>   v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| CTB McGraw-Hill, LLC, et al., | |
|       Defendants. | |

Please take note that the case management conference presently scheduled for November 6, 2006 is continued to **December 11, 2006 at 10 a.m.** The parties need not file a joint case management statement.

Dated: November 2, 2006

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Bernhard Carlson acarlson@littler.com
Douglas R. Clifford dclifford@paulplevin.com
E. Joseph Connaughton jconnaughton@paulplevin.com
Robert J. Wilger rwilger@littler.com
S. Gary Varga Vargalaw@mbay.net

**Dated:   November 2, 2006**                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California